UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FERNANDO C. VALADEZ, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV216 JCH |
| ) | |
| WATKINS MOTOR LINES, INC. and ) | |
| DENNIS D. WATTS, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Second Motion to Amend Case Management Order, filed February 13, 2012. (ECF No. 17). Upon consideration, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Motion to Amend Case Management Order (ECF No. 17) is **GRANTED**, and the Case Management Order in this matter is modified as follows:

1. Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **April 2, 2012**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **May 1, 2012**.

2. Defendants shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **June 1, 2012**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **July 2, 2012**.

3. The parties shall complete all discovery in this case no later than **July 9, 2012**.

**IT IS FURTHER ORDERED** that all other deadlines in this Court's original Case Management Order (ECF No. 14) remain in place.

Dated this 21st day of February, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE